United States District Court
Southern District of Texas

**ENTERED**

May 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS ESTRADA VALENCIA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00881** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*, | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Todd Blanche, Acting Attorney General of the United States; Todd M. Lyons, Acting Director of ICE; Miguel Vergara, Field Office Director of the San Antonio ICE Field Office; and Warden of the Rio Grande Detention Center, as Respondents

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than May 20, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than May 27, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least five (5) days before any such transfer. The parties are

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on May 13, 2026.

John A. Kazen
United States District Judge

2 / 2