United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **CARLOS ESTRADA VALENCIA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:26-CV-00881** |
| | § | |
| | § | |
| **MARKWAYNE MULLIN, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 10).

A petitioner may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii); *see also* Rules 1 and 12, Rules Governing Section 2254 Cases in the United States District Courts (explaining that the Federal Rules of Civil Procedure may be applied to § 2241 cases). "Stipulated dismissals under Rule 41(a)(1)(A)(ii), like unilateral dismissals under Rule 41(a)(1)(A)(i), require no judicial action or approval[,] and are effective automatically upon filing" and "presumptively without prejudice." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The Court will nonetheless grant the Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. 10) for purposes of clear record maintenance.

It is therefore **ORDERED** that the Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. 10) is **GRANTED** and this action is **DISMISSED** without prejudice. Any pending motions are

**DENIED** as **MOOT**.

**ORDERED** this 14th day of October, 2026.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE